█    HELEN A. NELSON et al., Respondents, v. CITY OF TROY, Appellant.— HERLIHY, J. P. The defendant city appeals from a judgment, after a jury trial, in favor of the plaintiffs. On this record we find there were factual issues as to the negligence and proximate causation of the city which were submitted to the jury in a charge to which no exception was taken. Judgment affirmed, with costs. Reynolds, Taylor and Aulisi, JJ., concur.